IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST MEMORY ERASE, LLC<br>                *Plaintiff,*<br><br>vs.<br><br>SPANSION, INC., SPANSION LLC,<br>INTEL CORPORATION,<br>NUMONYX B.V.,<br>NUMONYX, INC.,<br>STMICROELECTRONICS NV,<br>STMICROELECTRONICS, INC.,<br>NOKIA CORPORATION,<br>NOKIA INC.,<br>SONY ERICSSON MOBILE<br>COMMUNICATIONS AB,<br>SONY ERICSSON MOBILE<br>COMMUNICATIONS (USA), INC.<br>MOTOROLA, INC., and<br>APPLE, INC.<br>                *Defendants.* | Misc. Civil Case No. 3:09-mc-80049 (SI)<br><br>Court of Original Jurisdiction<br>US Dist. Ct.<br>N. D. Tex., Dallas Div.<br>CIVIL CASE NO. 3-08cv0977M |

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY PERUMAL RATNAM'S MOTION TO MODIFY DEPOSITION SUBPOENA**

Defendants Intel Corporation, Numonyx B.V. and Numonyx Inc., and Third Party Perumal Ratnam hereby stipulate Pursuant to Local Rule 6-2 (a) that Defendants be provided with a one week extension to respond to Perumal Ratnam's Motion to Modify Deposition Subpoena.

### RECITALS

1. Defendants' response to Ratnam's Motion is due on Friday, April 17, 2009.

2. Defendants and Ratnam have met and conferred and have agreed upon a one

week extension for Defendants to file its response, thereby making Defendants' response due on Friday, April 24, 2009, and for Ratnam to file his reply, thereby making Ratnam's reply due on Friday, May 1, 2009.

3. Defendants and Ratnam believe the one week extension will facilitate agreement on a resolution of the Motion to Modify without requiring further Court intervention, and will not lead to delay of the proceedings of this matter.

4. There have been no previous requests for time modification in this matter in this Court.

## AGREEMENTS

1. Defendants shall have a one week extension to file their response to Ratnam's Motion to Modify, which shall be due on April 24, 2009.

2. Ratnam shall have a one week extension to file his reply, which shall be due on Friday, May 1, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____  _____
Date                     United States District Court Judge

Dated: April 17, 2009    Respectfully submitted,

                         By: _____

                         Donald E. Daybell
                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                         4 Park Plaza, Suite 1600
                         Irvine, California 92614
                         Telephone: 949.567.6700
                         Facsimile: 949.567.6710

2

Attorneys for Defendants Intel Corporation, Numonyx B.V., and Numonx, Inc.

By: _____

Charles M. Kagay
288 Market Street, Suite 900
San Francisco, CA 94111
Telephone: 415.956.5959
Facsimile: 415.362.1431
SPIEGEL LIAO & KAGAY, LLP

Jeffrey R. Bragalone (TX Bar No. 2855775)
E-mail: jbragalone@shorechan.com
Patrick J. Conroy (TX Bar No. 24012448)
E-mail: pconroy@shorechan.com
Winston O. Huff (IL Bar No. 6275158)
E-mail: whuff@shorechan.com
SHORE CHAN BRAGALONE LLP
325 North Saint Paul Street, Suite 4450
Dallas, Texas 75201
Telephone: 214.593.9110
Facsimile: 214.593.9111
(to apply to appear Pro Hac Vice)

Attorneys for Plaintiffs FAST MEMORY ERASE, LLC and Third Party Perumal Ratnam