SPIEGEL LIAO & KAGAY, LLP
Charles M. Kagay (Cal. Bar No. 73377)
Pamela Pham (Cal. Bar No. 235493)
288 Market Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 956-5959
Facsimile: (415) 362-1431
Email: cmk@slksf.com

Attorneys for Plaintiff and Third Party Perumal Ratnam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST MEMORY ERASE, LLC, <br><br> *Plaintiff* <br><br> vs. <br><br> SPANSION, INC., ET AL. <br><br> *Defendants* | ) Misc. Civil Case No. <br> ) CV 09-80049MISC SI <br> ) <br> ) Court of Original Jurisdiction <br> ) U.S. Dist. Ct. <br> ) N. Dist. Texas <br> ) Dallas Division <br> ) Action No. 3:08-CV-0977 (M) <br> ) <br> ) **Stipulation and (Proposed) Order Setting** <br> ) **Time and Place for Deposition of** <br> ) **Perumal Ratnam** <br> ) <br> ) |

Whereas, Perumal Ratnam has moved this Court for an order modifying the third-party deposition subpoena served upon him by Intel Corporation, Numonyx B.V., and Numonyx, Inc. in the above-captioned action pending in the United States District Court for the Northern District of Texas; and

Whereas, counsel for Perumal Ratnam, Intel Corporation, Numonyx B.V., and Numonyx, Inc. have met and conferred and have resolved their differences, subject to certain contingent issues that may arise in the future (related to certain correspondence between the parties dated April 16, 2009), which may require the Court's intervention; and

1

Stipulation and Order Setting Time and Place for Deposition of Perumal Ratnam -- No. CV 09-80049MISC SI

1        Whereas, Perumal Ratnam, Intel Corporation, Numonyx B.V., and Numonyx, Inc. have agreed that

2  Perumal Ratnam's deposition may be taken on June 23-24, 2009, at the Offices of Shore, Chan, Bragalone,

3  LLP, located at 901 Main Street, Suite 3300, Dallas, Texas 75202.

4

5

6        IT IS HEREBY STIPULATED by Perumal Ratnam, Intel Corporation, Numonyx B.V., and

7  Numonyx, Inc. that the third-party deposition subpoena served upon Perumal Ratnam in the above-

8  captioned action shall be modified to provide that Perumal Ratnam will appear for his deposition on June 23

9  and 24, 2009, at the offices of Shore Chan Bragalone, LLP, located at 901 Main Street, Suite 3300, Dallas,

10  Texas 75206; and that Perumal Ratnam's Motion To Modify Deposition Subpoena, presently calendared

11  for May 8, 2009, shall be taken off the calendar.

12        In addition, by and through this stipulation, third-party Perumal Ratman hereby preserves the right

13  to further approach the court concerning the deposition subpoena that is the subject of the instant

14  

15  miscellaneous action.

16  Dated: APRIL 24, 2009           Respectfully Submitted,

17

18                     /s/ Charles M. Kagay

                  By: _____

19                     SPIEGEL LIAO & KAGAY, LLP

                   Charles M. Kagay

20

                   Attorneys for Third-Party Perumal Ratnam

21

22

23                     /s/ Craig R. Kaufman

                  By: _____

24                     ORRICK, HERRINGTON &

                   SUTCLIFFE LLP

25                     Craig R. Kaufman

26

27                     Attorneys for Intel Corporation, Numonyx B.V., and Numonyx, Inc.

28

2

1

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3    Dated:

4                                                    _____

5                                                    Hon. Susan Illston
                                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Stipulation and Order Setting Time and Place for Deposition of Perumal Ratnam -- No. CV 09-80049MISC SI**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1